Argued March 28, affirmed April 11, 1977

NACOSTE, *Appellant,*
*v.*
CHUBB/PACIFIC INDEMNITY, *Respondent.*
(No. A-76-09-12835, CA 7328)
562 P2d 986

Thomas E. Laury, Portland, argued the cause for appellant. With him on the brief was Paul J. Rask, Portland.

Edward H. Warren, Portland, argued the cause for respondent. With him on the brief were Chris P. Davis, and Hershiser, Mitchell & Warren, Portland.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed.

**PER CURIAM.**

Claimant in this workmen's compensation case contends that she is permanently and totally disabled. Of the 14 doctors she saw after her accident, only one agrees with her. We agree with the referee's conclusion that "[t]he medical evidence * * * is persuasive that claimant's problems are emotional and largely unrelated to the accident. The awards she has received are more than adequate to cover actual physical disability * * *."

Affirmed.